**United States District Court**

**FOR THE**

**District of Nebraska**

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

05 SEP 26 AM 11: 16

OFFICE OF THE CLERK

UNITED STATES OF AMERICA

v.                                                              Docket No.:   8:00CR234

Christopher Smith

On January 3, 2003, Christopher Smith was placed on supervised release for a period of 4 years. Christopher Smith has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the Christopher Smith be discharged from supervision.

Respectfully submitted,

Douglas D. Steensma
U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this  23  day of  SEPT.  , 2005.

The Honorable Joseph F. Bataillon
Chief United States District Judge